# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC L. BOLTON

NO. 2021 KW 0368

**JULY 6, 2021**

---

In Re:    Eric L. Bolton, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          484,145.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
              FOR THE COURT